**FILED**

01/31/2023

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
~~NORTHERN~~ DISTRICT OF ~~FLORIDA~~

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

JESSICA SCARBERRY,

Inmate ID Number: 17036-028,
#17036-028
JESSICA SCARBERRY,
*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:23-cv-0010-RLY-MPB
*(To be filled in by the Clerk's Office)*

v.

KNOX COUNTY JAIL,

BUREAU OF PRISONS et al.,

**Jury Trial Requested?**
☒ YES  ☐ NO

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: JESSICA SCARBERRY   ID Number: 17036-028

List all other names by which you have been known: 

NONE

Current Institution: FCI TALLAHASSEE

Address: P.O. BOX 5000

TALLAHASSEE, FL 32314

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: KNOX COUNTY JAIL

   Official Position: FEDERAL HOLDING FACILITY

   Employed at: BOP CONTRACTED

   Mailing Address: _____

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: <u>BUREAU OF PRISONS</u>

   Official Position: _____

   Employed at: _____

   Mailing Address: <u>320 FIRST STREET, NW</u>

   <u>WASHINGTON, DC 20534</u>

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

- ☒ Federal Officials (*Bivens case*)
- ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

- ☐ Pretrial Detainee
- ☐ Civilly Committed Detainee
- ☐ Convicted State Prisoner
- ☒ Convicted Federal Prisoner
- ☐ Immigration Detainee
- ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

While confined at the Knox County Jail between 11/23/2020 and 11/28/2020 awaiting to be transferred to FCI Tallahassee the guard on 2nd shift duty (name unknown) unlocked the door for lunch. In addition to the female pod door opening, the door opened where the men was housed. The men rushed to the door and continuously pressured me and 2 other ladies to come over. Under force, pressure, and coercion I abided and entered the room of one of the men inmates. This resulted to me being forcibly raped by 4 men. I was held against my will when I attempted to leave and threaten to be beat if I made any noise or told anyone. The following shift a "Lt" made a routine round and observed the door open. He closed it immediately. Within 2 to 3 days later me and 2 other women were cuffed and taken to medical.

At that time medical administered to each of us a pregnancy test. Shortly after, the Captain interviewed the three of us separately. He asked if going to the

**Statement of Facts Continued** *(Page 2 of 2)*

male housing area consentual. I stated that I don't feel comfortable discussing anything without the presence of my attorney. He became livid. We were taken back to our housing area and placed on segregation in addition to my phone and email privileges being immediately restricted without any written explanation. I was unable to inform my attorney or family of the events that took place due to this. The following day thee County Detective McBee interviewed us. I stated I would like my attorney present again. In response he stated I better tell him what occured and that an attorney is not required or necessary. I was transferred to the transfer center shortly after.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

① First Amendment violated when the Knox County Jail permitted my phone/email access to be restricted without a legitimate penological reason for doing so in order to retaliate after I would'NT discuss me being raped without the presence of an attorney. ② Sixth Amendment violated when the Captain and Knox County Detective failed to allow me effective counsel to address any interviews. ③ Bureau of Prison and Knox County Jail failed to protect the safety and order nor interest of myself as a inmate in the facility.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

actual, Requesting compensation for punitive damages, and The amount sought is $200,000 in addition to a sentence reduction due to the severe PTSD I suffer with and irreparable mental and emotional injury.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: __N/A__  Case #: __N/A__
   Court: __N/A__

2. Date: __N/A__  Case #: __N/A__
   Court: __N/A__

3. Date: __N/A__  Case #: __N/A__
   Court: __N/A__

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: __N/A__  Parties: __N/A__

Court: __N/A__   Judge: __N/A__

Date Filed: __N/A__   Dismissal Date (if not pending): __N/A__

Reason: __N/A__

2. Case #: __N/A__   Parties: __N/A__

Court: __N/A__   Judge: __N/A__

Date Filed: __N/A__   Dismissal Date (if not pending): __N/A__

Reason: __N/A__

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: __N/A__   Parties: __N/A__

Court: __N/A__   Judge: __N/A__

Date Filed: __N/A__   Dismissal Date (if not pending): _____

Reason: __N/A__

2. Case #: __N/A__   Parties: __N/A__

Court: __N/A__   Judge: __N/A__

Date Filed: __N/A__   Dismissal Date (if not pending): __N/A__

Reason: __N/A__

3. Case #: __N/A__   Parties: __N/A__

Court: N/A   Judge: N/A

Date Filed: N/A   Dismissal Date *(if not pending)*: N/A

Reason: N/A

4. Case #: N/A   Parties: N/A

Court: N/A   Judge: N/A

Date Filed: N/A   Dismissal Date *(if not pending)*: N/A

Reason: N/A

5. Case #: N/A   Parties: N/A

Court: N/A   Judge: N/A

Date Filed: N/A   Dismissal Date *(if not pending)*: N/A

Reason: N/A

6. Case #: N/A   Parties: N/A

Court: N/A   Judge: N/A

Date Filed: N/A   Dismissal Date *(if not pending)*: N/A

Reason: N/A

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 11/21/2022 Plaintiff's Signature: _Jessica Scarberry_

Printed Name of Plaintiff: Jessica Scarberry #17034-028

Correctional Institution: FCI Tallahassee

Address: P.O. Box 5000
Tallahassee FL 32314

**I certify and declare, under penalty of perjury, that this complaint was** (*check one*) ☐ **delivered to prison officials for mailing or** ☐ **deposited in**

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

12

the prison's mail system for mailing on the 21st day of November, 20 22.

Signature of Incarcerated Plaintiff: *Jessica Scarberry*

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing,

Civil Rights Complaint for Pro-se Prisoner Litigants pursuant to 42 U.S.C §1983 & Motion to proceed In Forma Pauperis

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage for the delivery via United States Mail Service to:

United States Courthouse
Southern District of Indiana
Attn: Court Clerk
101 NW Martin Luther King Jr, Blvd
Room 304
Evansville, IN 47708-1951

and deposited in the postal box provided for inmates on the grounds of the Federal Correctional Institution Tallahassee, Florida 32301 on this 01st day of November, 2022

*Jessica Scarberry* (signature)

Litigation is deemed FILED at the time it was delivered to prison authorities.

See: Houston v. Lack, 487 US 266, 101 L Ed 2d 245, 108 S Ct 2379 (1988).