UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JESSICA SCARBERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00010-MPB-MJD ) |
| KNOX COUNTY JAIL, BUREAU OF PRISONS, | ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT

The Court now enters final judgment. The plaintiff's claims are **dismissed without prejudice**.

Date: May 26, 2023

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Tricia M. Blanford*
Deputy Clerk, U.S. District Court

Distribution:

JESSICA SCARBERRY
17036-028
TALLAHASSEE - FCI
TALLAHASSEE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
501 CAPITAL CIRCLE, NE
TALLAHASSEE, FL 32301